UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LINDA BENAVIDEZ,

    Plaintiff,

v.                                       No. 15-CV-00922 MV-LF

SANDIA NATIONAL LABORATORIES,
VARICK TUCKER (Personally), and
TIMOTHY GARDNER (Personally),

    Defendants.

## ENTRY OF APPEARANCE

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. (Aaron C. Viets) hereby enters its appearance herein as attorneys for Defendants Sandia National Laboratories, Varick Tucker, and Timothy Gardner in the above matter.

        Respectfully submitted,

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By: ___/s/ electronically filed, Aaron Viets_____
            Aaron C. Viets
        P.O. Box 1888
        Albuquerque, NM 87103
        Telephone: (505) 765-5900
        Facsimile: (505) 768-7395
        Email; aviets@rodey.com
        *Attorneys for Defendants*

**I HEREBY CERTIFY** that on the 8th day of December, 2015, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Rachel Berenson
Berenson & Associates PC
415 Sixth Street NW
Albuquerque, NM 87102
Email:  Rachel@nmjusticelaw.com

Rachel E. Higgins
Attorney at Law
509 Roma Avenue NW
Albuquerque, NM 87102
Email:  Rachel@rachelhigginslaw.com

Justin E. Poore, Counsel
Sandia Corporation
P O Box 5800, MS 0141
Albuquerque, NM  87185-0141
Email:  jepoore@sandia.gov


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: */s/ Aaron C. Viets, Attorney at Law*
         Aaron C. Viets