IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA BENAVIDEZ,

    Plaintiff,

v.                                        Case No. 1:15-CV-00922-JB-LF

SANDIA NATIONAL LABATORIES,
VARICK TUCKER (Personally), and
TIMOTHY GARDNER (Personally),

    Defendants.

## ENTRY OF APPEARANCE

J. Kate Girard and Katherine Wray, of Wray & Girard P.C., hereby enter their appearances as co-counsel for Plaintiff in the above-captioned case.

Respectfully Submitted

_/s/ J. Kate Girard_
J. Kate Girard
Wray & Girard PC
102 Granite Ave NW
Albuquerque, NM 87102
505-842-8492
jkgirard@wraygirard.com
*Co-counsel for Plaintiff*

and

_/s/ Katherine Wray_
Katherine Wray
kwray@wraygirard.com
Wray & Girard PC
102 Granite Ave NW
Albuquerque, NM 87102
505-842-8492
*Co-counsel for Plaintiff*

I HEREBY CERTIFY that on this ____ day of February, 2016, I filed the foregoing pleading electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Aaron C. Viets
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
aviets@rodey.com
*Attorney for Defendants*

Justin E. Poore
Sandia Corporation
P.O. Box 5800
Mail Stop 0141
Albuquerque, NM 87185-0141
jepoore@sandia.gov
*Attorney for Defendants*

WRAY & GIRARD PC

By: */s/ Katherine Wray*
    Katherine Wray